EX. 53

Subject: ARREST INCENTIVE

From: Deputy Chief Cutter

I would like to thank you all for all the hard work you have been doing. I know it is busy and you all continue to step up and do the work. We are consistently the busiest town, by far, in Brockton Dist. Court.

Having said that, the Chief and I would like to see one big arrest push for the next couple weeks. This would kind of be the end of summer push to make many arrests.

I would like to see who can come up with the most physical arrests, not summonsed arrests, beginning on 8/7/09 at 00:00 hrs and ending on 8/23/09 at 00:00 hrs. On 8/24/09 I will announce who made the most arrests and that officer will be given any weekend off of his/her choice in September. The weekend will consist of a Friday, Saturday and Sunday!

Have at it, have a good time, be creative, assist each other, and then relax for three days on us!!

Thanks,
Chris

c: Chief Majenski, Lt. Smith