EX. 62



EXHIBIT

Printed 12/11/2013 1:48:48 AM by "Owings, Matthew Sergeant" <Matthew.Owings@law.mail>

From: Cutter, Christopher J Deputy Chief of Police
To: Owings, Matthew Sergeant;
Cc: Sullivan, Kevin F Lieutenant; Majenski, David G Chief of Police;
Sent: Tuesday, December 10, 2013 at 7:44:23 PM
Subject: CP report

Sgt. Owings,

I received your CP report for the month of November and I noticed that you submitted reports from Ofc. Paige where he has repeated "0's" for the same CP reason. Please understand that I expect the Sgt. to oversee CP, know what has been done each period and adjust things as needed. I don't want to see an officer wasting his/her time on the same violation over and over if it's obviously not a problem. I also noticed that during CP, when an officer is to conducting some form of community assignment, if you assign an officer to traffic enforcement I want to see an enforcement effort greater than **ALL** warnings. I don't feel that repeated warnings cause the desired correction of behavior, especially when officers are working on problem issues during CP.

I continued to review your reports and found that on another one, Ofc. Julien-Suarez, you submitted a report where the daily totals don't match up with entered citations. I expect if you submit a report to me it is an accurate report, enough to match the citations entered by the officer. I also again noticed that you didn't enforce any laws to the level of a money citation. 11 hours of officer time was spend on CP and only 6 warnings were issued, no civil citations.

**Sgt., issuing civil citations is part of a patrol officers job and if you find that officers under your supervision are not doing their job I expect you to correct the behavior. Keep in mind that I want the most productive officers working the road.**

Also, please make sure your name is on all reports you submit to me, this month one was missing (Paige).

Sgt., I want to see better oversight and supervision by you during your CP assignments. I will review your performance again next month and I expect improvement.

Thanks,
Chris

Printed 6/4/2013 2:35:40 AM by "Owings, Matthew Sergeant" <Matthew.Owings@law.mail>

From: Cutter, Christopher J Deputy Chief of Police
To: Sullivan, Kevin F Lieutenant; Owings, Matthew Sergeant; McCollem, Shawn Francis Sergeant; Majenski, David G Chief of Police; Januszewski, Paul W Acting Sergeant; Gambino, Richard E Sergeant; Cutter, Christopher J Deputy Chief of Police; Carini, Michael J Sergeant;
Sent: Friday, May 31, 2013 at 10:57:52 AM
Subject: Traffic Assignments

Sgt's,

I'm not sure we are all on the same page, so please let me try to clear up any confusion. I have requested traffic assignments on Vernon and Chestnut during the commuting hours. This is a priority so supervise your shift to ensure it's being done and done properly. I expect you to check on your officers to make sure they are in the right spot and to ensure they are in a position to maximize enforcement.

I expect citations to be issued and I expect the majority of those citations to be for fines, not warnings.

I know that after sitting in a location for an hour, no violations, is not an option.

I want an email report each shift, the officer, how many citations were written and if they were warnings or fines. If the officer is not doing as I've asked, I want you to tell me what your doing about it so I don't have to ask.

To start I want them during commuting hours, however, as we patrol these areas all around the same time, violations will go down due to those travelling to and from work knowing we are in the area. If this happens, begin to adjust the officers time to cover other time frames to maximize enforcement using common sense.

Again, report back to me in the form of an email each shift.

Thanks,
Chris

Printed 6/12/2013 4:15:26 PM by "Owings, Matthew Sergeant" <Matthew.Owings@law.mail>

From: Cutter, Christopher J Deputy Chief of Police
To: Cutter, Kevin Patrolman; Doherty, Ryan W Patrolman; Martin, Donna Dispatcher; Sweeney, Ronald E Patrolman; Sullivan, Kevin F Lieutenant; Sullivan, Kevin E Patrolman; Poulin, Jacob Neil Patrolman; Paige, Wayne J. Patrolman; Owings, Matthew Sergeant; McCollem, Shawn Francis Sergeant; Marquardt, Stephen P Patrolman; Manning, Susan Marie Patrolman; Majenski, David G Chief of Police; Kilgour, Mark A Patrolman; Julien-Suarez, Gerard Fresnel Patrolman; Januszewski, Paul W Acting Sergeant; Geraghty, Barry Albert Patrolman; Gentile, Antonio Patrolman; Gambino, Richard E Sergeant; Delaney, Thomas Patrolman; Cutter, Christopher J Deputy Chief of Police; Carini, Michael J Sergeant; Cantalupo, Todd Patrolman;
Sent: Tuesday, June 11, 2013 at 6:53:30 PM
Subject: CP Assignment

As you conclude your latest CP assignments I want to say **" thanks"**. As you know during this CP assignment I asked that more $ citations be issued over warnings and you did that.

I requested a majority of $ citations because I feel that we continue to get the same complaints regarding speeding even after we spend so much time of traffic enforcement. I also noticed that the officers of this department issue more warnings than $ and these two things combined got me thinking that maybe the motoring public doesn't fear a $ ticket so they fail to correct their driving behavior.

Just so you know, at this time, I only mandated an increase in $ tickets for these specific assignments only. I also know that some of you don't like to issue $ tickets and I want you to know that in my opinion, money fines are another tool you have to accomplish a task and that a portion of your duties include fining motorist who have a right to appeal.

As we move forward I have no directive in regards to what you issue, however, I do feel an increase in money fines may correct driving behavior better than a majority of warnings. As we continue to do more with less I would love to not have to answer complaints from residents regarding common speeding problems and I would love to not have to assign you to increased time on traffic.

As stated, although I have no current directive on $ citations, it is part of our job and it may be mandated in the future to address traffic problem areas. Sector cars, please continue to monitor those areas in your sector that generate the most complaints.

Thanks again for your efforts!
Chris

Printed 12/11/2013 7:41:38 AM by "Owings, Matthew Sergeant" <Matthew.Owings@law.mail>

From: Owings, Matthew Sergeant
To: Cutter, Christopher J Deputy Chief of Police;
Cc: Sullivan, Kevin F Lieutenant; Majenski, David G Chief of Police;
Sent: Wednesday, December 11, 2013 at 7:41:36 AM
Subject: Re: CP report

Sir,

I spoke with Ofc Paige about his activity on CP when he handed his sheet in this month. Ofc Paige expressed his concern about having such little activity on CP and we agreed that he would pick it up in the future. Ofc Paige's failure to have my name on his sheet was an oversight on my part and will be corrected.

I have reviewed your comments regarding Ofc Julien's CP sheet as well. Ofc Julien logs both citations issued (civil and written warnings), and car stops where he may have given a verbal warning to the operator. This is how he presents the activity that he performed during his time on CP. Ofc Julien indicates this at the top of his sheet under the column Citations/Car Stops. In performing a further check of his activity I noticed that on 11/4/2013 he indicated on his report that he had 2 citations/car stops when in fact he only had one. This is a problem that I obviously need to pay closer attention to as well and have not done so. Ofc Julien has been spoken to about this issue as well. I found the other dates in question to be an accurate account of his activity on CP, where he presents all his activity during CP and not just the citations he issued. It is my belief that by only indicating citations issued, it doesn't present an accurate description of their activity on CP, and therefore the officer would receive no credit for his activity on CP if he were to have only one car stop and give that operator a verbal warning. I do believe that officers should be able to get more than one traffic stop during an hour of traffic enforcement for CP depending on location and have addressed that with them as well. In the past I have encouraged officers to look beyond citations and perform another duty such as meeting with business owners for their hour of CP but they continue to choose traffic enforcement.

I have also addressed the issue of civil citations vs written warnings. Officers were informed that civil citations are encouraged, especially in instances where we are trying to quell an issue in a certain area.

I in moving forward I understand it is my responsibility to make sure I monitor these activities more closely. It is my hope that next month and beyond there are no further issues with this matter.

Respectfully,

Sgt Owings

---

From: Cutter, Christopher J Deputy Chief of Police
To: Owings, Matthew Sergeant;
Cc: Sullivan, Kevin F Lieutenant; Majenski, David G Chief of Police;
Sent: Tuesday, December 10, 2013 at 7:44:23 PM
Subject: CP report

Sgt. Owings,

I received your CP report for the month of November and I noticed that you submitted reports from Ofc. Paige where he has repeated "0's" for the same CP reason Please understand that I expect the Sgt. to oversee CP. know what has been done each period and adjust things as needed. I don't want to see an officer wasting his/her time on the same violation over and over if it's obviously not a problem. I also

noticed that during CP, when an officer is to conducting some form of community assignment, if you assign an officer to traffic enforcement I want to see an enforcement effort greater than ALL warnings. I don't feel that repeated warnings cause the desired correction of behavior, especially when officers are working on problem issues during CP.

I continued to review your reports and found that on another one, Ofc Julien-Suarez, you submitted a report where the daily totals don't match up with entered citations. I expect if you submit a report to me it is an accurate report, enough to match the citations entered by the officer. I also again noticed that you didn't enforce any laws to the level of a money citation. 11 hours of officer time was spend on CP and only 6 warnings were issued, no civil citations.

Sgt., issuing civil citations is part of a patrol officers job and if you find that officers under your supervision are not doing their job I expect you to correct the behavior. Keep in mind that I want the most productive officers working the road.

Also, please make sure your name is on all reports you submit to me, this month one was missing (Paige).

Sgt., I want to see better oversight and supervision by you during your CP assignments. I will review your performance again next month and I expect improvement.

Thanks,
Chris

Printed 2/28/2014 12:57:55 AM by "Owings, Matthew Sergeant" <Matthew.Owings@law.mail>

From: Cutter, Christopher J Deputy Chief of Police
To: Owings, Matthew Sergeant;
Cc: Sullivan, Kevin F Lieutenant; Majenski, David G Chief of Police;
Sent: Wednesday, December 11, 2013 at 10:25:54 AM
Subject: Re: CP report

Sgt.,

In order to give Ofc. Julien-Suarez full credit for all he does on CP please have him detail in his reports from now on; how many $ citations he issued, how many written warnings he issued and if he chooses, how many car stops he did.

Thanks,
Chris

---

From: Owings, Matthew Sergeant
To: Cutter, Christopher J Deputy Chief of Police;
Cc: Sullivan, Kevin F Lieutenant; Majenski, David G Chief of Police;
Sent: Wednesday, December 11, 2013 at 7:41:36 AM
Subject: Re: CP report

Sir,

I spoke with Ofc Paige about his activity on CP when he handed his sheet in this month. Ofc Paige expressed his concern about having such little activity on CP and we agreed that he would pick it up in the future. Ofc Paige's failure to have my name on his sheet was an oversight on my part and will be corrected.

I have reviewed your comments regarding Ofc Julien's CP sheet as well. Ofc Julien logs both citations issued (civil and written warnings), and car stops where he may have given a verbal warning to the operator. This is how he presents the activity that he performed during his time on CP. Ofc Julien indicates this at the top of his sheet under the column Citations/Car Stops. In performing a further check of his activity I noticed that on 11/4/2013 he indicated on his report that he had 2 citations/car stops when in fact he only had one. This is a problem that I obviously need to pay closer attention to as well and have not done so. Ofc Julien has been spoken to about this issue as well. I found the other dates in question to be an accurate account of his activity on CP, where he presents all his activity during CP and not just the citations he issued. It is my belief that by only indicating citations issued, it doesn't present an accurate description of their activity on CP, and therefore the officer would receive no credit for his activity on CP if he were to have only one car stop and give that operator a verbal warning. I do believe that officers should be able to get more than one traffic stop during an hour of traffic enforcement for CP depending on location and have addressed that with them as well. In the past I have encouraged officers to look beyond citations and perform another duty such as meeting with business owners for their hour of CP but they continue to choose traffic enforcement.

I have also addressed the issue of civil citations vs written warnings. Officers were informed that civil citations are encouraged, especially in instances where we are trying to quell an issue in a certain area.

I in moving forward I understand it is my responsibility to make sure I monitor these activities more closely. It is my hope that next month and beyond there are no further issues with this matter.

Respectfully,

Sgt Owings

Printed 3/12/2014 4:55:08 PM by "Owings, Matthew Sergeant" <Matthew.Owings@law.mail>

From: Cutter, Christopher J Deputy Chief of Police
To: Owings, Matthew Sergeant;
Cc: Sullivan, Kevin F Lieutenant; Majenski, David G Chief of Police;
Sent: Thursday, January 09, 2014 at 10:45:58 PM
Subject: Case Investigation

Sgt. Owings,

I had sent you an outside email, but since I haven't gotten an answer to my questions as posed I can only assume you didn't open it yet.

Please take a look at your outside email and review case 13-728-OF. I request that you meet with me on **1/10/14 at 7:45 am** to discuss my questions.

Also, I see that officers on your shift issued no civil motor vehicle citations during the whole month of December or during the 19 hours of traffic enforcement. I expect officers to issue some civil motor vehicle citations as this is part of their job description and I expect you to oversee this to ensure your officers do as assigned. This is your responsibility so please work on this. I will check your progress next month and I expect to see improvement.

Thanks,
Chris

# Gmail

# CP Reports

**Christopher J. Cutter** <ccutter@abingtonpolice.org>　　　　　　　　　　Mon, Mar 10, 2014 at 10:39 AM
To: mowings@abingtonpolice.org
Cc: majic@abingtonpolice.org

Sgt.,

In looking at Ofc. Paige's CP reports it appears he continues to have to deal with motor vehicle accidents during his CP. I would suggest you change his CP time so that he doesn't repeatedly get called off the assignment.

I also see that he is conducting investigations from 7-8 in lieu of CP. Again, you need to change his CP time so that he is accomplishing this task.

On 2/4 he responded to an accident for 14 minutes, leaving 45 minutes to do CP. On this date he excused his whole CP assignment based on the accident?

I see he investigated a "suspicious Person" on 2/21 and his CP report says see call #14-3096. I looked at this call entry for more information and nothing was entered for an explanation.

I also still see that you have not gotten him to write a $ citation. Again, issuing $ Citations are a part of each officers job, part of their job description and something I want to see more of. As our traffic problem continues to grow in this town, as it is one of the major complaints from the people who live in town, I want each officer to use all their tools to curb traffic issues. I don't know why you repeatedly have him conduct inspection sticker enforcement for CP when this town has never received a complaint regarding inspection stickers, but we often get complaints on speeders, lane violations, crosswalk violations and red light violations. Speeding and red light violations especially during the morning commute. In 5 months Ofc. Paige has issued 48 warnings for the same inspection sticker violations but has never issued a fine for this..? During this same time he has issued 1 fine citation for red light.

Ofc. Marquardt also didn't issue any $ citations and it looks like he has only done 4 in the 5 months.

Sgt., I have made comments for the last several months regarding your supervision of CP and it continues. The officers working under your command continue to perform below the department average for $citations v. warnings. This is no surprise that I'm looking at your CP performance. It appears to me that you are failing to properly supervise the officers under your command during CP. I'm will continue to look at your CP reports for improvement, however if it remains status quo you will begin to face discipline for failing to supervise. I will try to contact you to discuss this further.

Thanks,

Chris

Printed 4/8/2014 6:15:07 AM by "Owings, Matthew Sergeant" <Matthew.Owings@law.mail>

From: Owings, Matthew Sergeant
To: Cutter, Christopher J Deputy Chief of Police;
Cc: Majenski, David G Chief of Police;
Sent: Tuesday, April 08, 2014 at 6:11:18 AM
Subject: Re: CP Reports

Sir,

I believe in the arrests you are referring to, Officer Delaney was completing reports or "fobbing" the prisoner until 0800hrs, so he would not have been able to complete the assignment in the morning.

I must have misunderstood the assignment in front of the schools and town centers. It was my understanding that since it was felt the officers did not want to use their discretion in issuing citations during CP, that they would spend that time instead performing the chief's second most important issue after traffic safety, which is school safety. I will now begin to assign officers to other CP assignments above and beyond the school safety hours.

The use of force reports were forwarded the morning of the incident.

I also have Ofc Paige's CP sheet, I had to return it for correction, and will be reviewing it when he has addressed the errors.

Let me know if I can do anything else.

Respectfully,

Sgt Owings

---

From: Cutter, Christopher J Deputy Chief of Police
To: Owings, Matthew Sergeant;
Cc: Majenski, David G Chief of Police;
Sent: Monday, April 07, 2014 at 9:46:51 AM
Subject: CP Reports

Sgt. Owings,

Just a couple things I noticed on the CP reports for March you submitted;

Delaney reports that he did arrest reports for CP, I don't want to see arrest reports for CP unless the arrest interferes with CP based on a time issue. At least one of these arrests doesn't appear to be a time issue. Please advise if I'm incorrect. Please correct this in the future.

Also, I noticed your officers are listing the school assignment and town center assignment as CP but those directed patrol assignments are not in place of CP, but in addition to. Please assign your officers to a CP assignment as usual.

**I also noticed FORCE was used during arrest #168 and I don't remember seeing Use of Force Reports from you. Could you please check this and if you did forward these to me disregard this message, if you didn't forward them to me please do so a.s.a.p.

Thank you,
Chris

Printed 6/4/2013 2:34:56 AM by "Owings, Matthew Sergeant" <Matthew.Owings@law.mail>

From: Cutter, Christopher J Deputy Chief of Police
To: Sullivan, Kevin F Lieutenant; Owings, Matthew Sergeant; McCollem, Shawn Francis Sergeant; Majenski, David G Chief of Police; Januszewski, Paul W Acting Sergeant; Gambino, Richard E Sergeant; Cutter, Christopher J Deputy Chief of Police; Carini, Michael J Sergeant;
Sent: Wednesday, May 29, 2013 at 3:44:14 PM
Subject: Traffic Problems

Sgt's,

As you can see, speeding cars make up a large portion of our complaints from residents. I currently have asked that your officers perform **CP on Ashland** and Highfields Rd and I've asked that they also spend some time on **Chestnut St**. As we enter the summer months many more people are outside in their yards and notice speeding vehicles more often. This prompts more calls to us and more assignments to the officers. There may also be the argument of more accidents.

The latest complaint is from Vernon St. where the person reports speeding cars and trucks. **I would like you to assign one officer per shift for the next two weeks to spend some time on Vernon.**

I, like you, understand we are faced with bigger "fish" sometimes, however, part of our job deals with perception. Many of our residents are not individually effected by drugs, domestics, shoplifting, and commercial larcenies but are effected by increased traffic issues. For that reason, I would like for you to assign officers to traffic posts during those limited periods of down time.

I think you need to step up traffic enforcement efforts in an attempt to curtail some of the problems. In researching Chestnut st, which is a very popular speeding street, only 32 citations were issued in the last 12 month period. I would suggest more could be done with our limited resources.

For your information, I've also noticed that officer discretion appears to have shifted over many years and officers are now issuing more warning than ever before. 74% of issued citations are warnings, compared to 40-50% warnings in years past. I'm not sure this is helping to slow vehicles down and may be causing officers to just spin their wheels. In a time where we are obviously experiencing large workloads we have to use every tool we have to accomplish our tasks and maybe more money tickets may actually work to slow people down. I'm not saying all tickets have to be money, but in order to change driving habits a stronger approach may be needed.

This problem should be discussed with the members of your shift so that collectively you can tackle this problem head on. I know the officers are busy, but I also know there are times when officers are free and they need to work on the traffic problems especially during the heaviest commuter times of 6am to 8am, from 12pm-4pm and from 4pm to 8pm. The sector cars need to be tasked with fixing the speeding problem how they see fit, and you need to hold them accountable for it.

As we move into summer, please make traffic enforcement a high priority as it is the cause of most of our complaints.

Thank you and if you want to discuss this with me, let me know what you're going to do about it or ask any questions please contact me.

Thanks,
Chris