EX. 89



Printed 3/9/2015 1:31:29 PM by "Cutter, Christopher J Deputy Chief of Police" <Christopher.Cutter@law.mail>

From: Cutter, Christopher J Deputy Chief of Police
To: Paige, Wayne J. Acting Sergeant;
Sent: Monday, March 09, 2015 at 1:31:25 PM
Subject: Re: Desk Assignment

Sgt. Paige,

I just noticed, after I had to check on your response, that Gentile is only scheduled on three of your shifts. So please let me know who you would like to assign to the desk on your FIRST night, pending my approval.

DC Cutter

---

From: Paige, Wayne J. Acting Sergeant
To: Cutter, Christopher J Deputy Chief of Police;
Cc: Paige, Wayne J. Acting Sergeant;
Sent: Saturday, March 07, 2015 at 11:51:47 PM
Subject: Desk Assignment

Deputy, Officer Gentile is taking the bulk of the 4/12 desk assignments beacause he has not requalified at the range. My Goal is to have each officer have a desk assignment it will make them mores versitile. If I need to change an assigment I am confident that the officer will suceed.

Respectfully,
Sergeant Wayne J Paige

ABIN-0677