EX. 104

Printed 2/1/2016 3:30:55 PM by "Delaney, Thomas  Court Prosecutor" <Thomas.Delaney@law.mail>

From: Sullivan, Kevin F  Lieutenant
To: Kalianiotis, James J Patrolman; Reeves, Shannon  Patrolman; Marquardt, Stephen P Patrolman; Sullivan, Kevin F  Lieutenant; Doherty, Ryan W Patrolman; Cutter, Kevin  Detective; McCollem, Shawn Francis Sergeant; Carini, Michael J Sergeant; Poulin, Jacob Neil Sergeant; Simmons, Justin D Patrolman; Davern, Joseph J Patrolman; Majenski, David G Chief of Police; Franey, Michelle  Patrolman; Julien-Suarez, Gerard Fresnel Patrolman; Kilgour, Mark A Acting Sergeant; Sweeney, Ronald E Acting Sergeant; Gentile, Antonio  Patrolman; Owings, Matthew  Patrolman; Solimini, Brian M Patrolman; Delaney, Thomas  Court Prosecutor; Cutter, Christopher J Deputy Chief of Police; Paige, Wayne J. Patrolman; Kokoros, Alex  Patrolman;
Sent: Tuesday, June 30, 2015 at 2:42:30 PM
Subject: Posted Shifts

To:All
From:Lt.Sullivan
Re:Posted Shifts


I have posted out all the shifts that needed to be filled for the month of July 2015. There are several lists and several shifts be sure to check them all carefully. Also I have posted any vacation time that was sent to me as requested for the month of July. Only Officers' Franey, Poulin and Kokoros re-submitted their time of requests as requested by me due to the change of shifts (this does not include Sergeants). I received no other requests for the month of July. If I am mistaken please send me a copy of the original request dated and timed and I will look into it.

Respectfully,

Lt.Sullivan